No. 93–6087. RANGEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6096. HOPE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6100. LIEU THI TRAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6103. MANNING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6107. SIMMONS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6109. SAA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6110. CURRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6111. CAPELLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6116. BOHN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6117. SLOAN *v.* JONES ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6118. HELTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6119. ROLFE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6124. COLLINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6125. YEAGER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6126. BAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6127. BUTLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.